IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CARLTON SIMPKINS, Individually and On Behalf of All Others, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 16-4009-CV-C-NKL |
| THE UNIVERSITY OF KANSAS HOSPITAL, | ) ) ) |
| Defendant. | ) |

**THE UNIVERSITY OF KANSAS HOSPITAL AUTHORITY'S**
**MOTION TO TRANSFER VENUE**

Defendant The University of Kansas Hospital Authority ("UKHA"), incorrectly identified by Plaintiff as "The University of Kansas Hospital", and pursuant to 28 U.S.C. § 1404(a), moves this Court to transfer venue to the United States District Court for the District of Kansas, and in support of its Motion, states as follows:

1. On December 2, 2015, Plaintiff Carlton Simpkins ("Plaintiff"), individually and on behalf of all others, filed a Petition in the Circuit Court of Cole County, Missouri, alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a, *et seq.*, against "The University of Kansas Hospital".

2. On January 8, 2016, UKHA properly and timely removed the litigation to the United States District Court for the Western District of Missouri.

3. All alleged actions and omissions of UKHA took place in Kansas; UKHA is a statutorily-created Kansas entity with its main campus in Kansas; all relevant witnesses and

records are located in Kansas, and Plaintiff, himself, alleges he resides in Jackson County, Missouri, closer to Kansas than this Court's location in Jefferson City, Missouri.

4. For the convenience of the parties and in the interest of justice, this litigation should be transferred to the United States District Court for the District of Kansas, another district where this case might have been brought, pursuant to 28 U.S.C. § 1404(a).

5. UKHA's Suggestions in Support of this Motion are filed contemporaneously herewith in accordance with Local Rule 7.0(c), and are hereby incorporated by reference as though fully set forth herein.

6. In accordance with Local Rule 7.0(g), UKHA hereby requests oral argument on its Motion.

WHEREFORE, Defendant University of Kansas Hospital Authority respectfully prays for an Order of this Court transferring this cause to the United States District Court for the District of Kansas, for its costs and fees incurred herein, and for such other and further relief as this Court deems just and proper under the circumstances.

    Respectfully submitted,

    POLSINELLI PC

    By: */s/ Eric E. Packel*
        ERIC E. PACKEL (#44632)
        EMMA R. SCHUERING (#65169)
        900 W. 48th Place, Suite 900
        Kansas City, MO  64112
        (816) 753-1000
        Fax: (816) 753-1536
        epackel@polsinelli.com
        eschuering@polsinelli.com

    ATTORNEYS FOR DEFENDANT
    THE UNIVERSITY OF KANSAS
    HOSPITAL AUTHORITY

52153231.2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via U.S. Mail, postage pre-paid, on the following counsel of record this 15th day of January, 2016 to:

Charles Jason Brown, Esq.
Jayson A. Watkins, Esq.
Brown & Associates LLC
301 S. U.S. 169 Highway
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

                                            */s/ Eric E. Packel*
                                            Attorney for Defendant

52153231.2